

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00362-CV

———————————————

IN THE INTEREST OF A.G., A CHILD

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-558172-14

---

Before Womack, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On February 13, 2019, we notified appellants that their briefs had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss their appeal for want of prosecution unless appellants filed with the court appellants' briefs and accompanying motions reasonably explaining the briefs' untimely filing and why an extension was needed by February 19, 2019. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have gotten no response.

Because appellants have failed to file briefs even after we afforded an opportunity to explain the initial failure, we dismiss their appeals for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: February 28, 2019